**Dismissed and Opinion Filed May 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00247-CV

### BAYLOR UNIVERSITY MEDICAL CENTER, DR. EDMUND SANCHEZ, AND DR. SRINATH CHINNAKOTLA, Appellants

### V.

### HAROLD BIGGS, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF CHERI JEAN WELLS BIGGS, DECEASED, BRANDEN WELLS AND CHER BIGGS, Appellees

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-05-11989

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Bridges

By unopposed motion filed May 23, 2014, appellants inform us they no longer wish to prosecute the appeal and move to dismiss the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

140247F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BAYLOR UNIVERSITY MEDICAL
CENTER, DR. EDMUND SANCHEZ,
AND DR. SRINATH CHINNAKOTLA,
Appellants

No. 05-14-00247-CV          V.

HAROLD BIGGS, INDIVIDUALLY AND
AS EXECUTOR OF THE ESTATE OF
CHERI JEAN WELLS BIGGS,
DECEASED, BRANDEN WELLS, AND
CHER BIGGS, Appellees

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-05-11989.
Opinion delivered by Justice Bridges.
Justices Francis and Lang-Miers
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Harold Biggs, Individually and as Executor of the Estate of Cheri Jean Wells Biggs, Deceased, Branden Wells, and Cher Biggs recover their costs, if any, of this appeal from appellants Baylor University Medical Center, Dr. Edmund Sanchez, and Dr. Srinath Chinnakotla.

Judgment entered May 30, 2014

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE